UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD C. MALONE, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:09-1100 |
| ) | Judge Echols |
| STATE OF TENNESSEE, ) | |
| ) | |
| Respondent. ) | |

### O R D E R

The petitioner, a resident of Nashville, is a former state inmate currently on parole. The petitioner brings this action under 28 U.S.C. § 2254 seeking federal *habeas corpus* relief.

For the reasons explained in the accompanying memorandum, this action is **DISMISSED WITHOUT PREJUDICE** pending exhaustion of his grounds for relief in state court, after which the petitioner may re-file his petition.

An appeal from the judgment rendered herein would **NOT** be taken in good faith. 28 U.S.C. § 1915(a)(3). Therefore, the petitioner is **NOT** certified to pursue an appeal *in forma pauperis*. *Id*.

It is so **ORDERED.**

Robert L. Echols
United States District Judge